No. 79–1954. THOMPSON *v.* J. S. YOUNG Co.; and THOMPSON *v.* OIL, CHEMICAL & ATOMIC WORKERS INTERNATIONAL UNION, AFL–CIO. C. A. 4th Cir. Certiorari denied.

No. 79–1955. HAYS *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 79–1956. CLEAN LAND AIR WATER CORP. *v.* WASTE SYSTEMS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–1957. PISEL ET UX. *v.* ITT CONTINENTAL BAKING Co. ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 79–1958. INDIANA REFRIGERATOR LINES, INC. *v.* WISCONSIN PACKING CO., INC. C. A. 7th Cir. Certiorari denied.

No. 79–1960. POWERS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 79–1961. BEARCE, ADMINISTRATOR, ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–1962. MURRAY *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 79–1963. PRESIDIO BRIDGE Co. *v.* MUSKIE, SECRETARY OF STATE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–1965. COUNTY OF LOS ANGELES ET AL. *v.* MARSHALL, SECRETARY OF LABOR, ET AL; and
No. 80–72. MARSHALL, SECRETARY OF LABOR, ET AL. *v.* COUNTY OF LOS ANGELES ET AL. C. A. D. C. Cir. Certiorari denied. Reported below: 203 U. S. App. D. C. 185, 631 F. 2d 767.